UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

            Plaintiff

vs.

MINIR RIZVANI,

            Defendant.

CRIMINAL NO.: 09-3527

CONSENT ORDER TO
EXTEND SURRENDER DATE

THIS MATTER, having been presented to the Court upon the application of Antony J. Iacullo, the attorney for Defendant, MINIR RIZVANI, and on notice to Assistant United States Attorney David Malagold, Attorney for the Plaintiff, and good cause having been shown

IT IS on this 23 day of December, 2010,

ORDERED that the surrender date for Defendant, MINIR RIZVANI, of January 4, 2011 be and is hereby extended to February 4, 2011; and it is further

ORDERED that all other conditions of release remain in full force and effect; and it is further;

ORDERED that a copy of this Order be served upon all parties within ___ days of the date hereof.

_____
JOSE LINARES, U.S.D.J.

I hereby consent to the form and entry of this Order.

_____
A.U.S.A. David Malagold
Attorney for Plaintiff, United States of America

_____
Anthony J. Iacullo, Esq.
Attorney for Defendant Minir Rizvani